

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 1, 2019

Christina Busbee
Assistant District Attorney
3102 Avenue G
Hondo, TX 78861
* DELIVERED VIA E-MAIL *

Michael C. Gross
Gross & Esparza, P.L.L.C.
1524 North Alamo Street
San Antonio, TX 78215
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  04-18-00821-CR
     Trial Court Case Number:   16-10-12125-CR
     Style:  Jake Eric Alvarado
                 v.
             The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Veronica L. Gonzalez
Deputy Clerk, Ext. 5-3220



# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-18-00821-CR

Jake Eric **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-10-12125-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on March 28, 2019. On April 1, 2019, the State filed a motion for extension of time to file its brief requesting a 90-day extension of the deadline. By order dated April 3, 2019, this court granted the motion; however, our order stated, "Given the length of the extension, **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**."

On June 26, 2019, the State filed a second motion for extension of time to file its brief based on two recent deaths in the immediate family of the attorney representing the State. The motion is GRANTED; however, given the length of the extensions granted to date, **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed no later than July 26, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

July 1, 2019

No. 04-18-00821-CR

Jake Eric **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-10-12125-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on March 28, 2019. On April 1, 2019, the State filed a motion for extension of time to file its brief requesting a 90-day extension of the deadline. By order dated April 3, 2019, this court granted the motion; however, our order stated, "Given the length of the extension, **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**."

On June 26, 2019, the State filed a second motion for extension of time to file its brief based on two recent deaths in the immediate family of the attorney representing the State. The motion is GRANTED; however, given the length of the extensions granted to date, **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed no later than July 26, 2019.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.

/s/ Keith E. Hottle
KEITH E. HOTTLE,
Clerk of Court

Entered this 1st day of July, 2019.                                                Vol ___ Page ___